UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff

v.

                                      Case No. 26-30144
                                      Originating No.  26MJ06129

**ZACHARY FRANZI,**

      Defendant.

_____/

**GOVERNMENT'S PETITION
FOR TRANSFER OF DEFENDANT TO
ANOTHER DISTRICT AND SUPPORTING BRIEF**

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **ZACHARY FRANZI,** to answer to charges pending in another federal district, and states:

1. On **March 19, 2026,** defendant was arrested in the Eastern District Michigan in connection with a federal arrest warrant issued in the **Southern District of Florida based on a Complaint**.  Defendant is charged in that district with violations of  **21 U.S.C. Section 846 and 841(a)(1) – Conspiracy to Distribute Methamphetamine and Fentanyl.**

2.  Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above.  *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

JEROME F. GORGON, JR.
United States Attorney


s/*Margaret Smith*
MARGARET SMITH
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9100

Dated: March 19, 2026